# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**LOIS ARCHABLE-MORTON, Individually and**
**as Executrix of the Estate of David Archable, and**
**Joseph Morton**                                                                               **PLAINTIFFS**

**VS.**                                    **2:07-CV-00068-WRW**

**FORD MOTOR COMPANY**                                                   **DEFENDANT**

## ORDER

October 31, 2007, an Order was entered directing Plaintiff to tell the Court if he is represented by counsel no later than November 9, 2007, and failure to comply with this Order could result in a dismissal of their action without prejudice.[1]

As of this date, Plaintiff has not responded. Accordingly, Plaintiff's case is DISMISSED WITHOUT PREJUDICE under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

IT IS SO ORDER this 31st day of March, 2008.

                                                                     /s/ Wm. R. Wilson, Jr.
                                                                     UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 21.