IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**LOIS ARCHABLE-MORTON, Individually and**
**as Executrix of the Estate of David Archable**                    **PLAINTIFF**

VS.                           2:07CV00068-WRW

**FORD MOTOR COMPANY**                                              **DEFENDANT**

## ORDER

Pending are Plaintiff's Motion to Alter Judgment (Doc. No. 28) and Motion for Counsel to Appear *Pro Hac Vice* (Doc. No. 29). For good cause shown, both motions are GRANTED.

Accordingly, the March 31, 2008 Order (Doc. No. 26) dismissing the case is VACATED, and the Clerk of the Court is directed to reopen this case. Mr. Todd Tracy and Mr. Andrew Counts will be permitted to appear *pro hac vice* on behalf of Plaintiff.

The Motion to Withdraw Counsel (Doc. No. 23), which was termed when the case was closed, is GRANTED, and Mr. Jerry Kelly, Mr. Rhett Klok, and Mr. Taylor Lacy are relieved as counsel.

IT IS SO ORDERED this 11th day of April, 2008.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE