**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**LOIS ARCHABLE-MORTON, Individually and as**
**Executrix of the Estate of David Archable**                                                **PLAINTIFF**

**VS.**                                         **2:07CV00068-WRW**

**FORD MOTOR COMPANY**                                                                      **DEFENDANT**

## ORDER

Plaintiff's Motion to Dismiss (Doc. No. 35) is GRANTED.  Accordingly, Plaintiff's case is dismissed with prejudice.

IT IS SO ORDERED this 4th day of June, 2008.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE